# NO. 12-23-00051-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GUS JOHN MENGER,* *APPELLANT* | § | *APPEAL FROM THE 87TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *KRISTY WAGES,* *APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On February 16, 2023, Gus John Menger, a/k/a Heather Menger, filed a pro se notice of appeal from a lifetime protective order signed on May 12, 2022. On February 21, 2023, the Clerk of this Court notified Menger that the notice of appeal does not show the jurisdiction of this Court, i.e., there was no notice of appeal filed within the time allowed by the rules of appellate procedure and no timely motion for an extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.1, 26.3. We informed Menger that the appeal would be dismissed unless the information was amended on or before March 3 to show this Court's jurisdiction. This notice was returned, no forwarding address. On March 10, this Court sent the same notice to another address, giving Menger until March 20 to show this Court's jurisdiction. Menger subsequently filed a docketing statement; thus, this Court sent a third jurisdictional notice to the address listed in the docketing statement and gave Menger until April 10 to show this Court's jurisdiction. This deadline expired without a response from Menger.

Under Rule 26.1, the notice of appeal must be filed within thirty days after the judgment is signed or, if the case is accelerated, within twenty days after the judgment or order is signed. TEX. R. APP. P. 26.1. Unless the appeal is accelerated, the notice of appeal must be filed within ninety days "after the judgment is signed" if any party timely files a motion for new trial, motion to modify, motion to reinstate, or request for findings of fact and conclusions of law when such

could be properly considered by the appellate court. TEX. R. APP. P. 26.1(a)-(b), 28.1(b). Here, the trial court signed the protective order on May 12, 2022, and the case information sheet from the Anderson County District Clerk's Office reflects that Menger did not file any postjudgment motions or requests for findings of fact and conclusions of law. Accordingly, Menger's notice of appeal was filed well outside the time for perfecting an appeal from the May 12, 2022 protective order, or for seeking an extension of time to file a notice of appeal.

As this Court is not authorized to extend the time for perfecting an appeal except as provided by the Texas Rules of Appellate Procedure, we ***dismiss*** the appeal for ***want of jurisdiction***. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered April 20, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 20, 2023**

**NO. 12-23-00051-CV**

**GUS JOHN MENGER,**
Appellant
V.
**KRISTY WAGES,**
Appellee

Appeal from the 87th District Court

of Anderson County, Texas (Tr.Ct.No. DCCV22-3139-87)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*